UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. WILSON,<br><br>    Petitioner,<br><br>    v.<br><br>D. K. SISTO, Warden,<br><br>    Respondent. | 1:07-cv-0436-AWI-TAG HC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br>(Doc. 3) |

     Petitioner has requested the appointment of counsel. Petitioner argues that he may need counsel for an evidentiary hearing or to assist in conducting discovery. (Doc. 3, p. 4).

     There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. At this early stage of the proceedings, it cannot be determined whether, at some later point, discovery or an evidentiary hearing will be necessary. Should they become necessary, the Court will re-evaluate the need for counsel as required by the Rules Governing Section 2254 Cases.

     Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (Doc. 3), is DENIED.

IT IS SO ORDERED.

Dated: **April 18, 2007**                      **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE