# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER M. WILSON,<br><br>                Petitioner,<br>vs.<br><br>D.K. SISTO, Warden,<br><br>                Respondent. | CASE NO. 1:07-CV-0436 H (CAB)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO APPOINT COUNSEL** |

On March 20, 2007, Petitioner filed a motion to appoint counsel. (Doc. No. 3.) In denying that motion, the Court stated that "the Court does not find that the interests of justice require the appointment of counsel at the present time," but stated that the Court would re-evaluate the need for counsel as required by the relevant Rules Governing Section 2254 Cases. (Doc. No. 5.) On April 17, 2008, Petitioner filed a motion for reconsideration of the Court's order declining to appoint counsel. (Doc. No. 11.) For the following reasons, the Court denies Petitioner's motion for reconsideration.

In an in forma pauperis action, a district court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The decision whether to appoint counsel is within the discretion of the court and is "granted only in

exceptional circumstances." <u>Agyeman v. Corrections Corp. of America</u>, 390 F.3d 1101, 1103 (9th Cir. 2004) (quoting <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir. 1984)). To determine whether such exceptional circumstances are present, courts must engage in "an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the plaintiff's ability to articulate his claims in light of the complexity of the legal issues involved." <u>Agyeman</u>, 390 F.3d at 1103.

After reviewing the Petition, the Court concludes that the appointment of counsel for Petitioner is unnecessary. Petitioner's arguments are not unusually complex, and Petitioner has demonstrated a high level of ability to articulate those arguments. As before, the Court has not yet determined whether discovery or an evidentiary hearing will be necessary.

## **Conclusion**

Accordingly, exercising its discretion in the matter, the Court denies Petitioner's reconsideration of the Court's April 18, 2007 order denying the appointment of counsel.

IT IS SO ORDERED.

DATED: March 20, 2009

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT